**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | |
|---|---|
| BRYAN MCCALL,           ) | |
|                    ) | |
|    Plaintiff,        ) | |
|                    ) | |
|      v.                     ) | CASE NO. 3:11-cv-440-RET-CN |
|                    ) | |
| AEGIS RECEIVABLES     ) | NOTICE OF SETTLEMENT |
| MANAGEMENT, INC.,     ) | |
|                    ) | |
|    Defendant.    ) | |

NOW COMES the Plaintiff, BRYAN MCCALL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  September 23, 2011

                                       By: /s/ Kelli Denise Mayon
                                    Kelli Denise Mayon
                                    4712 Purdue Drive
                                    Metairie, LA 70003
                                     kellimayon@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 23, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

  Allison L. Cannizaro
  Sessions, Fishman, Nathan & Israel, L.L.C.
  acannizaro@sessions-law.biz

                By: /s/ Kelli Denise Mayon
                Kelli Denise Mayon
                Attorney for Plaintiff